

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00533-CV

**REVA SAN ANTONIO HQ MT LLC**,
Appellant

v.

**ALORICA SAN ANTONIO PROPERTY OWNER, LLC** and Richard Bennett,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CI-11323
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: September 10, 2025

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal stating the trial court granted the appellant's motion for new trial after the appellant filed its notice of appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM